# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELILAH A. GRAHAM-SMITH** and **RODNEY G. SMITH**, her husband, | : : | No. 3:14cv2159 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| **WILKES-BARRE POLICE DEPARTMENT, CITY OF WILKES-BARRE, ALAN GRIBBLE,** in his official and individual capacities and **GERARD E. DESSOYE,** in his official and individual capacities, | : : : : : : : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of May 2015, defendants' motion to dismiss (Doc. 6) is **GRANTED** in part and **DENIED** in part as follows:

The motion is **GRANTED** with respect to:

1. All claims against the Wilkes-Barre Police Department. The Wilkes-Barre Police Department is **DISMISSED** from this action;

2. All claims against Chief Gerard E. Dessoye. Chief Dessoye is **DISMISSED** from this action;

3. Plaintiff's federal claims against Officer Gribble in his official capacity are **DISMISSED** with prejudice;

4. Plaintiff's Fifth and Fourteenth Amendment claims asserted in Count

I are **DISMISSED** with prejudice;

5. Plaintiff's negligent infliction of emotional distress claim asserted in Count VIII is **DISMISSED** with prejudice; and

6. Plaintiff's loss of consortium claim stated in Count IX is **DISMISSED** with prejudice.

The motion is **DENIED** in all other aspects. Defendants are further **ORDERED** to answer plaintiff's complaint within fourteen (14) days.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**