IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELILAH GRAHAM-SMITH and : No. 3:14cv2159
RODNEY G. SMITH, her husband, :
         Plaintiffs : (Judge Munley)
:
    v. :
:
CITY OF WILKES-BARRE and :
ALAN GRIBBLE, in his individual :
capacity, :
         Defendants :
..............................................................................................................

## ORDER

**AND NOW**, to wit, this 18th day of April 2017, it is hereby **ORDERED** as follows:

1. Defendants City of Wilkes-Barre and Alan Gribble's motion for summary judgment (Doc. 34) is **GRANTED**; and

2. The Clerk of Court is directed to enter judgment in favor of Defendants City of Wilkes-Barre and Alan Gribble and against Plaintiffs Delilah Graham-Smith and Rodney G. Smith.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**